# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Irvin Jefferson Wilson, aka Irvin Jefferson Wilson #158202, aka Irvin Jefferson Wilson #0811<br>*Plaintiff*<br>v.<br>J.M. Cutler, Nicob Ball, B.W.(Alleged Witness), Stuart Sarratt, Jeff Weston and Kennith Miller<br>*Defendant* | Civil Action No.   6:17-cv-499-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   May 10, 2018                                             *CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*